**MANDATE**

CONN/NHCt
02-CR-313
Thompson

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 4th day of March, two thousand five,

Present:
    Hon. Ralph K. Winter,
    Hon. Sonia Sotomayor,
        *Circuit Judges,*
    Hon. Richard J. Holwell,*
        *District Judge.*



---

United States of America,

    Appellee,

v.                                Docket No. [s] : 04-3582 -cr

Raymond Ortiz,

    Defendant-Appellant.

---

    Counsel for appellant Raymond Ortiz had moved to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967), and the government had moved for summary affirmance. Counsel now moves for a limited remand pursuant to this Court's decision in United States v. Crosby, 2005 WL 240916 (2d Cir. Feb.2, 2005). In light of the Supreme Court's decision in United States v. Booker, 125 S. Ct. 738 (2005), and this Court's decision in Crosby, the Anders motions are denied and the motion for a limited remand is granted. This case is remanded to the district court for further proceedings in conformity with Crosby. Any appeal taken from the district court following this remand, can be initiated only by filing a new notice of appeal. See Fed. R. App. P. 3, 4(b).

FILED 2005 MAR -8 U.S. DISTRICT NEW HAVEN

        FOR THE COURT:
        Roseann B. MacKechnie, Clerk

        By:_____

*The Honorable Richard J. Holwell, of the United States District Court for the Southern District of New York, sitting by designation.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by_____ DEPUTY CLERK

USCA Order 4

–ISSUED AS MANDATE: 3-7-05–

CONN/NHCt
02-CR-313
Thompson

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 4th day of March, two thousand five,

Present:
    Hon. Ralph K. Winter,
    Hon. Sonia Sotomayor,
        *Circuit Judges,*
    Hon. Richard J. Holwell,*
        *District Judge.*



United States of America,

    Appellee,

v.   Docket No. [s] : 04-3582 -cr

Raymond Ortiz,

    Defendant-Appellant.

Counsel for appellant Raymond Ortiz had moved to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967), and the government had moved for summary affirmance. Counsel now moves for a limited remand pursuant to this Court's decision in United States v. Crosby, 2005 WL 240916 (2d Cir. Feb.2, 2005). In light of the Supreme Court's decision in United States v. Booker, 125 S. Ct. 738 (2005), and this Court's decision in Crosby, the Anders motions are denied and the motion for a limited remand is granted. This case is remanded to the district court for further proceedings in conformity with Crosby. Any appeal taken from the district court following this remand, can be initiated only by filing a new notice of appeal. See Fed. R. App. P. 3, 4(b).

        FOR THE COURT:
        Roseann B. MacKechnie, Clerk

*The Honorable Richard J. Holwell, of the United States District Court for the Southern District of New York, sitting by designation.

USCA Order 4

( ) OPINION ( ) STATEMENT OF COSTS
( ) ORDER
RECEIVED BY:_____DATE_____