```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNNECTICUT
```

------------------------------x
UNITED STATES OF AMERICA      :
                              :
v.                            :   CRIMINAL NO. 3:02CR313(AWT)
                              :
RAYMOND ORTIZ                 :
------------------------------x

**ENDORSEMENT ORDER**

    The government's Motion for Post-<u>Crosby</u> Proceedings on Remand (Doc. No. 46) is hereby GRANTED. By no later than June 1, 2006, the defendant shall either (1) notify the court in writing that he will not seek resentencing, or (2) file a memorandum setting forth his position as to why the court should have imposed a nontrivially different sentence if, at the time of sentencing, it had understood sentencing law as subsequently explained by the Supreme Court in <u>United States v. Booker</u>, 125 S. Ct. 738 (2005). <u>See</u> <u>United States v. Crosby</u>, 397 F.3d 103, 118-20 (2d Cir. 2005). If the defendant files a memorandum contending that the court should have imposed a nontrivially different sentence, the government shall file a response within 21 days of the filing of the defendant's memorandum.

    It is so ordered.

    Dated this 5th day of May 2006 at Hartford, Connecticut.

                                               Alvin W. Thompson
                                      United States District Judge