**APPEARANCE**

UNITED STATES DISTRICT COURT
**DISTRICT OF CONNECTICUT (H)**

DOCKET NO.
**3: 02 CR 313 (AWT)**

NAME OF CASE
United States v. Raymond Ortiz

COURT or AGENCY
District of Connecticut (H)

ADDRESS OF COURT or AGENCY (No., Street, town and zip code)
450 Main St., Hartford CT 06103

## PLEASE ENTER THE APPEARANCE OF

NAME OF OFFICIAL, FIRM, PROFESSIONAL CORP., INDIVIDUAL ATTY., OR PRO SE PARTY
Advocates Law Firm, LLC

MAILING ADDRESS (No., street, P.O. Box)
11 Franklin Square

FEDERAL BAR NO.
ct19802

CITY/TOWN: New Britain
STATE: CT
ZIP CODE: 06051
FAX NO.: 860-348-1942
TELEPHONE NO.: 860-348-1900

in the above entitled case for: ("X" appropriate box)

○ The Plaintiff
○ All Plaintiffs
○ The following Plaintiff(s) only: _____

● The Defendant
○ The Defendant for the purpose of the bond hearing only
○ All Defendants
○ The following Defendant(s) only: _____

Note: If other counsel have already appeared for the party or parties indicated above, state whether this appearance

○ In lieu of appearance of attorney or firm already on file: _____
● In addition to appearance already on file.

SIGNED (Individual attorney or pro se party)
NAME OF PERSON SIGNING AT LEFT (Print or type): Atty. Bethany Phillips
DATE SIGNED: 6/8/06

### CERTIFICATION

I hereby certify that a copy of this appearance was served on all counsel and pro se parties of record.

SIGNED (Individual attorney or pro se party)
NAME OF PERSON SIGNING AT LEFT (Print or type): Atty. Bethany Phillips
DATE COPIES SERVED: 6/8/06

NAME AND ADDRESS OF EACH ATTORNEY AND/OR PARTY SERVED (If necessary, attach additional sheet.)

AUSA Thomas Daily, U.S. ATTORNEY'S OFFICE
    450 Main Street Hartford CT 06103 (Government - United States)

APPEARANCE