H9



## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2006 JUN -9  A 10: 50

UNITED STATES OF AMERICA

NO. 3 : 02 CR 313 (AWT)

v.

JUNE 16, 2006

RAYMOND ORTIZ

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ENDORSEMENT ORDER

The defendant, Raymond Ortiz, hereby requests this Court for an extension of time in which to file a memorandum in light of this Court's endorsement order signed on May 5, 2006. As grounds in support thereof, counsel asserts as follows:

1. Counsel directed a letter dated June 7, 2006 to Ms. Sandy Smith, inquiring as to the status of the pending case. Counsel copied Assistant United States Attorney, Thomas Daily, on this correspondence.

2. Today, June 8, 2006, counsel received correspondence from Atty. Daily copying her with the Endorsement Order signed by this Court on May 5, 2006.

3. Neither Atty. Murphy nor undersigned counsel received this endorsement order. Counsel contacted the Clerk's Office and spoke with Deputy Clerk, Barbara Sunbury, who confirmed that the file only contained an appearance for Atty. Murphy, not Atty. Phillips. As such, undersigned counsel is filing an appearance that will accompany this motion.

4. The endorsement order allowed the defendant to file a memorandum by June 1, 2006, stating reasons why the Court should have imposed a nontrivially difference sentence, or inform the Court that he will not seek

*Extension GRANTED, absent objection and nunc pro tunc, to and including August 1, 2006. It is so ordered.*

*/s/ Thompson, U.S.D.J.*
*Hartford, CT 6/12/06*

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771

resentencing. Mr. Ortiz wants to seek resentencing. As such, counsel is requesting an extension of time to file a memorandum addressing this issue.

5. Counsel contacted AUSA Tom Daily, to inform him about the contents of this motion. Atty. Daily has no objection to an extension of time being granted.

WHEREFORE, counsel respectfully requests that this motion be granted for the aforementioned reasons cited herein and counsel be given until August 1, 2006 to file a response.

RESPECTFULLY SUBMITTED

RAYMOND ORTIZ
DEFENDANT,

By_____
Bethany L. Phillips
FedBar # ct19802

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

NO. 3 : 02 CR 313 (AWT)

v.

JUNE 16, 2006

RAYMOND ORTIZ

### ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ENDORSEMENT ORDER

The forgoing motion having been heard by the Court, the same is hereby ordered:

GRANTED / DENIED.

_____
Hon. Alvin W. Thompson

Dated at Hartford, Connecticut, this _____ day of June, 2006.

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771