UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

NO. 3 : 02 CR 313 (AWT)

v.

AUGUST 1, 2006

RAYMOND ORTIZ

### MOTION FOR RESENTENCING PURSUANT TO UNITED STATES OF AMERICA V. CROSBY, 397 F. 3D.103 (2ND CIR. 2005)

The defendant, Raymond Ortiz, by and through undersigned counsel, hereby moves the Court to resentence him to a non-guidelines sentence of 120 months. In support of this motion, Mr. Ortiz submits the accompanying Memorandum of Law in Support of Motion for Resentencing.

WHEREFORE, Mr. Ortiz respectfully requests that the Court grant his Motion for Resentencing and sentence him in accordance therewith.

RESPECTFULLY
SUBMITTED

RAYMOND ORTIZ
DEFENDANT,

By: _____
Bethany L. Phillips
FedBar # ct19802

## CERTIFICATION

I hereby certify that a copy of the foregoing was delivered in accordance with the local rules of practice and procedure to the following persons and / or entities named below on this 1st day of August, 2006:

Hon. Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT  06103

Thomas Daily, Esq.
United States Attorney's Office
450 Main Street
Hartford, CT  06103

Michael Guglielmo
United States Probation Office
157 Church Street, 22nd Floor
New Haven, CT  06511

Raymond Ortiz
FCI – Raybrook
P.O. Box 300
Raybrook, NY  12977

By: _____
Bethany L. Phillips
FedBar # ct19802