# Certificate of Completion

Lewisburg, Pennsylvania

**RAYMOND ORTIZ**

has completed the

**DRUG EDUCATION PROGRAM**

and is awarded this certificate this 23rd day of February 2005

_R. Whitmire, ACSW, NCAC I_
Drug Treatment Specialist

_C. Middleton, Ph.D., M.S._
Drug Abuse Programs Coordinator

14945-014

Exhibit A

# Certificate of Achievement

We hereby present this certificate to

## Raymond Ortiz

for

## Staying Quit/Relapse Prevention

On this 10th day of February, 2006

USP Lewisburg

*Joanne Parke-Davison*
Drug Treatment Specialist

Exhibit B

# Certificate of Completion

*U.S.P. Lewisburg, Pennsylvania*

## CODE Program

This certifies that

# Raymond Ortiz

has satisfactorily completed a two month course on

## Values Development

on this 22nd day of December, 2004

*D. Headley*
D. Headley
Acting CODE Coordinator

*E.L. Holencik*
E.L. Holencik
CODE Treatment Specialist

Exhibit C

# CERTIFICATE OF COMPLETION
## CODE PROGRAM/U.S.P LEWISBURG



*This is to Certify that:*

**Raymond Ortiz**

*has successfully completed*

***Thinking Errors***

on this, the 29th day of March, 2005.

_Marvin Reeves_, CODE Treatment Specialist

_D. Headley_, Acting CODE Coordinator

**Exhibit D**

# CERTIFICATE OF COMPLETION
## CODE PROGRAM/U.S.P LEWISBURG



*This is to Certify that:*

**R. Ortiz**

*has successfully completed*

**Communication Skills**
*"The Seven Challenges"*

*on this, the 8th day of July, 2005.*

*Marvin Reeves, CODE Treatment Specialist*



*D. Contri, Ph.D., CODE Coordinator*

Exhibit E

# Certificate of Achievement

CODE Program, Lewisburg, Pennsylvania

awarded to:

**Raymond Ortiz**

on this 3rd day of January, 2006
For successful completion of: **Relational Healing**

_____
J. Caudle, M.A.
CODE Treatment Specialist

_____
D. Contri, Psy.D.
CODE Coordinator

Exhibit F

# Certificate of Completion

Lewisburg, Pennsylvania

## RAYMOND ORTIZ

has completed the

## AIDS AWARENESS PROGRAM

and is awarded this certificate
this 31st day of May 2005

_L. Karpen, Ph.D._
Chief Psychologist

_Program Coordinator_

14945-014

Exhibit G

** LIMITED OFFICIAL USE **

TREATMENT PLAN

Date ........: November 15, 2004
Inmate ......: ORTIZ, RAYMOND
Reg. No .....: 14945-014

Author ......: MARWIN REEVES, B.S.
Title .......: CODE TREATMENT SPECIALIST
Institution  : USP LEWISBURG

---

DIAGNOSTIC IMPRESSIONS:
   AXIS I: NONE
   AXIS II: Antisocial Personality Disorder

TREATMENT PLAN:

Date Treatment Began: 10/15/04

Date of Treatment Plan: 11/15/04

Assessment, Goals and Objectives:

Inmate Ortiz #14945-014 is a 35-year-old Hispanic male, who is presently serving a 188 month sentence for armed bank robbery. He has a projected release date of 12/29/2016 via good conduct release. Prior to the instant offense he had the following convictions: Housebreaking (7/87); Burglary (8/87); Larceny (7/88); Assault (9/90); Burglary (1/91); Robbery (2/91); Assault (7/91); Rioting (4/94); and Possession of a shotgun (5/00). Inmate Ortiz has admitted to having abused alcohol and drugs in his pre-sentence investigation report and has determined to abstain from the use of these substances in the future. Prior to his incarceration, inmate Ortiz attended Blue Hills Detoxification Center in Hartford, CT for treatment of his substance abuse. On the other hand, inmate Ortiz denies any history of mental health treatment and indicated no current or past mental health concerns. As it pertains to his health, inmate Ortiz has suffered from heart problems in times past but does not attest to having any major health issues presently. Inmate Ortiz is currently enrolled in Values Development with Ms. Holencik and is performing at a satisfactory level at this time. Records indicate that inmate Ortiz completed up to the 8th grade, therefore he is also enrolled in the GED Program through the education department.


Problem 1:   History of Arrest.

Goal:        Over the next 12 months, Mr. Ortiz will develop new thinking patterns that will contribute to pro-social living both on and off the CODE unit while maintaining a clear disciplinary record.

Treatment
Activity:    Mr. Ortiz will participate in Individual and Group Counseling as directed by CODE staff. In addidtion to Values Development, he will participate in at least one class in the following core topic areas: Criminal Thinking Errors, Problem Solving Skills, Relapse Prevention, and Communication Skills Training.

Exhibit H (3 pp.)

\*\* LIMITED OFFICIAL USE \*\*

Treatment Plan                                                          Page 2
ORTIZ, RAYMOND
14945-014


Problem 2:   Lacks Coping Skills.

Goal:      Over the next 12 months, Mr. Ortiz will gain an understanding of how to handle life's events in more constructive ways to enhance daily functioning and reduce unecessary stress.

Treatment
Activity:   Mr. Ortiz will actively participate in Anger Management, Problem Solving, and Stress Reduction classes. He will demonstrate his newly learned coping skills through continued satisfactory progress in the CODE.


Problem 3:   Improve Social Interactions through a more positive outlook of himself.

Goal:      Over the next 12 months, Mr. Ortiz will develop a healthy sense of respect for social norms, the rights of others, and the need for honesty in relationships. He will examine his methods of relating to the world and become more realistic in his expectations of others.

Treatment
Activity:   Mr. Ortiz will participate in CODE offerings to include but not limited to Relational Healing, Assertive Communication, and Problem Solving. Progress will be reflected in his interactions in group and on the unit as well as individual contact with CODE staff.

90 Day Review 02/15/05: Inmate Ortiz is performing satisfactorily in the CODE Program at this time. He is currently enrolled in Criminal Thinking Errors with this writer. He appears to be taking the change process seriously, evidenced by the absence of incident reports, his conduct on the unit and his participation in group sessions. This writer will continue to monitor his progress and provide updates as needed.

90 Day Review 05/09/05: Inmate Ortiz is performing satisfactorily in he CODE Program at this time. He recently completed Criminal Thiking with this writer and is presently enrolled in Communication Skills with this writer. Mr. Ortiz has not been involved in any misconduct while on or off the unit and appears to be modelling the values of the CODE Program. His progress will continue to be monitored by this writer and updates provided as needed.

90 Day Review 08/09/05: Inmate Ortiz is currently enrolled in Relational Healing with Mr. Caudle. His progress is satisfactory at this time. He continues to make positive strides toward pro-social change by demonstrating tolerance in difficult situations. This was most recently displayed on his job where he incorporated proper communication skills with a staff member to avoid an incident. He has made exceptional strides in his progress for pro-social change and continues to seek improvement. There are no changes to this treatment plan.

90 Day Review 11/09/05: Inmate Ortiz remains enrolled in Mr. Caudle's Relational Healing group and is functioning at a satisfactory level at this time. After the completion of this group, he will remain with the Program to

\*\* LIMITED OFFICIAL USE \*\*

Treatment Plan                                                          Page 3
ORTIZ, RAYMOND
14945-014

participate in the Pilot Program. There are no changes to this treatment plan at this time.

TERMINATION:

Date: 01/06/2006

Inmate Ortiz recently completed Relational Healing with Mr. Caudle. He will be participating in the Challenge Program that is to begin in January 2006. Under the old CODE model, he completed 4 of 5 groups required for completion of CODE. His performance in groups was consistent with one seeking pro-social change. He completed homework assignments in a timely manner, he attended all group sessions and participated in group sessions regularly providing relevant feedback to other group members. This treatment plan is terminated.

** LIMITED OFFICIAL USE **

FEDERAL BUREAU OF PRISONS
USP LEWISBURG
LEWISBURG, PA. 17837

CODE COMPLETION
April 12, 2006
ORTIZ, RAYMOND   Reg #: 14945-014

Inmate Ortiz completed the CODE Program upon finishing a Relapse Prevention group with Ms. Parke-Davison on February 2, 2006. This report verifies that he has completed all of the required groups to complete CODE. This can be accepted as an addendum to his previous treatment plan that was closed in December 2005.

_____
MARWIN REEVES, B.S.