**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

**NO. 3 : 02 CR 313 (AWT)**

v.

AUGUST 2, 2006

RAYMOND ORTIZ

## <u>MOTION TO BE EXCLUDED FROM E-FILING</u>

Undersigned counsel, hereby moves the Court to excuse her from the requirement of e-filing in this case.  The earliest available training session for the e-filing / ECF system is not until November 15, 2006.  Counsel has requested to be enrolled in this class.

WHEREFORE, counsel respectfully requests that the Court grant her Motion for the aforementioned reasons cited herein.

RESPECTFULLY
SUBMITTED

RAYMOND ORTIZ
DEFENDANT,

By: _____
Bethany L. Phillips
FedBar # ct19802

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was delivered in accordance with the local rules of practice and procedure to the following persons and / or entities named below on this 2nd day of August, 2006:

Hon. Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT  06103

Thomas Daily, Esq.
United States Attorney's Office
450 Main Street
Hartford, CT  06103

Michael Guglielmo
United States Probation Office
157 Church Street, 22nd Floor
New Haven, CT  06511

Raymond Ortiz
FCI – Raybrook
P.O. Box 300
Raybrook, NY  12977

By: _____
Bethany L. Phillips
FedBar # ct19802