UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 3:02CR313(AWT) |
| | : |
| RAYMOND ORTIZ | : AUGUST 25, 2006 |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME, NUNC PRO TUNC

On June 12, 2006, the Court granted defendant Raymond Ortiz' Motion for Extension of Time to File Response to Endorsement Order, until August 1, 2006. Counsel for the Government requests an extension of time of two weeks, until September 5, 2006, to respond to defendant's Motion for Resentencing pursuant to United States v. Crosby. In support of this request, the undersigned avers that his three-week absence from this District, from July 28, 2006 until August 17, 2006, combined with the press of business, necessitates this request for an extension of time.

This motion is the first filed by the Government seeking an extension of time to respond. Defense counsel, Bethany Phillips, Esq., has been contacted and has not objection to this request.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


BY:   JOHN A. DANAHER III
      ASSISTANT UNITED STATES ATTORNEY
      Federal Bar No. CT05101

For:  THOMAS V. DAILY
      ASSISTANT UNITED STATES ATTORNEY
      Federal Bar No. ct05101
      450 Main Street
      Hartford, CT 06103
      (860) 947-1101

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was mailed this 25th day of August, 2006, to the following:

Bethany Lynne Phillips, Esq.
Advocates Law Firm
11 Franklin Square
New Britain, CT 06051-2604

By: _____
JOHN A. DANAHER III
ASSISTANT UNITED STATES ATTORNEY

FOR: THOMAS V. DAILY
ASSISTANT UNITED STATES ATTORNEY